IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 413-130 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS FRANCISCO ALONSO | ) | |

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, the above-styled Indictment as to the Defendant **LUIS FRANCISCO ALONSO**. In furtherance of this motion, the government shows that the defendant has been a fugitive since June 10, 2013 when this Indictment was returned.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Brian T. Rafferty*
Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC 21 PM 4:23
CLERK
SO. DIST. OF GA.

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, of the Indictment against defendant **LUIS FRANCISCO ALONSO**, Indictment No. CR413-130.

So ORDERED, this 21st day of December, 2015.

_____
HONORABLE WILLIAM T. MOORE
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA